**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



J. Vincent Aug, Jr.
United States Bankruptcy Judge

**Dated: January 28, 2010**

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: : Case No. **1:10-bk-10028**
  Chapter 13
**Brian Edward Lewis** :
  Judge J. Vincent Aug, Jr.
 :
Debtor. **PAYROLL DEDUCTION ORDER**
 :

The above named Debtor has commenced a Chapter 13 proceeding in the United States Bankruptcy Court.

It is ORDERED that Direct Buy (employer) deduct from the earnings of the debtor, Brian Edward Lewis, s.s.n. xxx-xx-6526, the sum of $520.00, monthly, beginning with the next pay day following the receipt of the order. The employer shall deduct a similar amount from each pay period thereafter, including any period for which the debtor receives periodic or lump sum payments for or on account of vacation, termination, or other benefits, including a bonus, arising out of the present or past employment. The amount so deducted shall be sent to the Chapter 13 Trustee AT LEAST MONTHLY and shall include the employee name and case number. The employer is not authorized to deduct any administrative expense or service fee from this deduction.

The Trustee's name and address is:

OFFICE OF THE CHAPTER 13 TRUSTEE
P.O. BOX 290
MEMPHIS, TN 38101-0290

The employer may stop this payroll deduction only upon a Court order or written notice from the Chapter 13 Trustee.

**The employer has twenty (21) days from the date of entry of this order to file a written objection and to request a hearing.**

Copies to:

Default List Plus Additional Parties

Direct Buy
Attn: Payroll Department
6831 Ashfield Drive
Cincinnati, Ohio 45242

###